**Carl CLAYTON, Appellant,**

v.

**Roberta CLAYTON, Respondent.**

**No. WD 49389.**

Missouri Court of Appeals, Western District.

Dec. 20, 1994.

Rehearing Denied Jan. 31, 1995.

Bruce C. Jackson, Jr., Jason M. Pottinger, Kansas City, for appellant.

David R. Buchanan, Lawrence P. Warshaw, Brown & James, Kansas City, for respondent.

Before FENNER, C.J., and HANNA and STITH, JJ.

*ORDER*

PER CURIAM:

Appeal from judgment of the trial court granting summary judgment for defendant.

Judgment affirmed. Rule 84.16(b)